## Emma Hill, Appellee, v. New York Life Insurance Company, Appellant.

### Gen. No. 40,841.

opinion filed November 26, 1940. Scott, MacLeish & Falk and Louis H. Cooke, for appellant; Wendell J. Brown and Samuel O. Givens, Jr., of counsel; Johntry & Fitz Gerald, Edward F. Vyzral and John B. Tierney, for appellee; John O'C. Fitz Gerald, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."